1  ADAM PAUL LAXALT
   Attorney General
2  IAN E. CARR, Bar No. 13840
   Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendants*
   *Marsha Johns and Karen Gedney*
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11 | J. BENJAMIN ODOMS,                    | Case No.  3:16-cv-00159-MMD-VPC
12 |           Plaintiff,                  |
13 | vs.                                   | **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**
14 | ROMEO ARANAS, et al.,                 |
15 |           Defendants.                 |

16  Defendants, Dr. Marsha Johns and Dr. Karen Gedney, by and through counsel, Adam Paul
17  Laxalt, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby
18  submit their Motion for Extension of Time to File a Responsive Pleading. This Motion is based on
19  Federal Rule of Civil Procedure 6(b)(1)(A), the following Memorandum of Points and Authorities, and
20  all papers and pleadings on file in this action.

21              **MEMORANDUM OF POINTS AND AUTHORITIES**

22  I.    ARGUMENT

23  Defendants respectfully request a thirty (30) day extension of time out from the current deadline
24  (May 29, 2018) to file a responsive pleading in this case. Counsel for Defendants is confronted with
25  numerous competing deadlines and a high workload due to staffing changes in the Office of the
26  Attorney General. Furthermore, defense counsel has a jury trial before United States District Judge
27  Robert C. Jones scheduled to begin on June 4, 2018 in the case of *Campbell v. Portillo*, 3:11-cv-00532-
28  RCJ-VPC. The trial is anticipated to last four to five days, not including deliberations. However, such

obstacles are currently being resolved and the requested extension of time should afford Defendants adequate time to file a responsive pleading in this case.

    Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

    Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case, but will allow for a thorough response to Plaintiff's allegations. The requested thirty (30) day extension of time should permit Defendants time to adequately research and respond to Plaintiff's allegations. Defendants assert that the requisite good cause is present to warrant the requested extension of time.

    For these reasons, Defendants respectfully request a thirty (30) day extension of time from the current deadline to file a responsive pleading in this case, with a new deadline to and including Thursday, June 28, 2018.

    DATED this 25th day of May, 2018.

                                    ADAM PAUL LAXALT
                                    Attorney General

                              By: _____
                                    IAN E. CARR
                                    Deputy Attorney General
                                    State of Nevada
                                    Bureau of Litigation
                                    Public Safety Division

                                    *Attorneys for Defendant Marsha Johns and Karen Gedney*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: May 29, 2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of May, 2018, I caused a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

J. BENJAMIN ODOMS, #11978
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
nncclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General